IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL, ET AL.,<br><br>*Defendants*. | § § § § § § § § § § | CIVIL ACTION NO.  2:22-CV-00443-JRG<br>(LEAD CASE) |
| v.<br><br>ASUSTEK COMPUTER INC., ET AL.,<br><br>*Defendants*. | § § § § § § § | CIVIL ACTION NO.  2:22-CV-00440-JRG<br>(MEMBER CASE) |
| v.<br><br>PANASONIC CORPORATION, ET AL.,<br><br>*Defendants*. | § § § § § § § | CIVIL ACTION NO.  2:22-CV-00447-JRG<br>(MEMBER CASE) |
| v.<br><br>SONY CORPORATION, ET AL.,<br><br>*Defendants*. | § § § § § § § | CIVIL ACTION NO.  2:22-CV-00448-JRG<br>(MEMBER CASE) |

**<u>ORDER</u>**

Before the Court are three stipulations of dismissal (the "Stipulations"). (Dkt. Nos. 48, 50, and 51.) In the Stipulations, Plaintiff AGIS Software Development LLC ("AGIS") dismisses all claims against Defendants HMD Global OY and HMD America, Inc. (collectively, "HMD"), Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS"), and Defendant Sony Corporation ("Sony") with prejudice. (*Id.*) Additionally, AGIS and Sony

stipulate that all claims, defenses, or counterclaims raised by Sony in Member Case No. 2:22-cv-448 should be dismissed without prejudice. (Dkt. No. 51.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by AGIS against HMD, ASUS, and Sony in Lead Case No. 2:22-cv-443, Member Case No. 2:22-cv-440, and Member Case No. 2:22-cv-448 are **DISMISSED WITH PREJUDICE**, and all claims, defenses, or counterclaims raised by Sony in Member Case No. 2:22-cv-448 should be **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk is directed to terminate HMD, ASUS, and Sony as parties. The Clerk is further directed to **CLOSE** Member Case No. 2:22-cv-440 and Member Case No. 2:22-cv-448. In light of the live disputes in the remainder of this series of consolidated cases, the Clerk is directed to **MAINTAIN AS OPEN** the Lead Case No. 2:22-cv-443.

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE